THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

OSTERHAUS PHARMACY, INC., CAMMACK'S PHARMACIES INC., DBA JIM'S PHARMACY AND HOME HEALTH, HARBOR DRUG CO., INC., VALU DRUGS INC., SMITH'S PHARMACY II, INC., DBA SMITH'S PHARMACY, REDNER'S MARKETS, INC., and OLD BALTIMORE PIKE APOTHECARY, INC., T/A SOUTHERN CHESTER COUNTY PHARMACY, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

EXPRESS SCRIPTS, INC. and EVERNORTH HEALTH, INC., formerly known as Express Scripts Holding Company,

Defendants.

NO. 2:24-CV-00039-RAJ

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TRANSFER CASE OR, IN THE ALTERATIVE, DISMISS OR STRIKE THE COMPLAINT**

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
(CASE NO. 2:24-cv-00039-RAJ) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       Pursuant to Local Rule 7(n), Plaintiffs respectfully submit this Notice of Supplemental Authority, and in support thereof state as follows:

2.      1.      Pending before the Court is Defendants' Motion to Transfer Case or, in the Alternative, Dismiss or Strike the Complaint (ECF No. 77, the "Motion"). Plaintiffs' last brief was filed on June 21, 2024 (ECF No. 82), and the Motion was fully briefed when Defendants filed their reply on July 22, 2024 (ECF No. 83). The Court has not ruled on the Motion, making this Notice of Supplemental Authority timely.

2.      On January 17, 2025, an Arbitrator for the American Arbitration Association's Commercial Arbitration Tribunal issued an Interim Award on the Merits in the matter captioned *AIDS Healthcare Foundation v. Prime Therapeutics LLC*, AAA Matter No. 01-22-0000-2756. A copy of the Interim Award on the Merits is submitted herewith as **Exhibit A**.

3.      In connection with the Interim Award on the Merits, the AIDS Healthcare Foundation alleged the same claim (*i.e.*, violation of Sherman Act § 1 through a horizontal price-fixing agreement), arising from the same agreement (*i.e.*, an agreement between ESI and Prime), alleged in Plaintiffs' Complaint in this case. (Ex. A at 2.)

4.      Because the Interim Award on the Merits totals 45 pages, Plaintiffs would respectfully direct the Court's attention to the Arbitrator's findings and conclusions as set forth on pages 3-5, 15, 18-21, 41, and 43.

5.      Pursuant to Local Rule 7(n), Plaintiffs submit this explanation and authority without argument. Plaintiffs are prepared to provide further explanation of this supplemental authority upon request.

WHEREFORE, for the reasons stated herein, Plaintiffs respectfully submit this Notice of Supplemental Authority in support of their Response to Defendants' Motion to Transfer Case or, in the Alternative, Dismiss or Strike the Complaint.

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
(CASE NO. 2:24-cv-00039-RAJ) - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 24th day of January, 2025.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Blythe H. Chandler*
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Amanda M. Steiner, WSBA #29147
   Email: asteiner@terrellmarshall.com
   Blythe H. Chandler, WSBA #43387
   Email: bchandler@terrellmarshall.com
   936 N. 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603

SPERLING KENNY NACHWALTER, LLC

Joseph M. Vanek, *Admitted Pro Hac Vice*
Email: jvanek@sperlingkenny.com
Paul E. Slater, *Admitted Pro Hac Vice*
Email: pes@ sperlingkenny.com
Trevor K. Scheetz, *Admitted Pro Hac Vice*
Email: tscheetz@ sperlingkenny.com
Kathryn M. DeLong, *Admitted Pro Hac Vice*
Email: kdelong@ sperlingkenny.com
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

Phillip Cramer *Admitted Pro Hac Vice*
Email: pcramer@ sperlingkenny.com
1221 Broadway, Suite 2140
Nashville, TN 37212
Telephone: (312) 641-3200

HILLIARD SHADOWEN LLP

Steve D. Shadowen, *Admitted Pro Hac Vice*
Email: steve@hilliardshadowenlaw.com
Nicholas W. Shadowen, *Admitted Pro Hac Vice*
Email: nshadowen@hilliardshadowenlaw.com
Kathryn Allen, *Admitted Pro Hac Vice*
Email: kallen@hilliardshadowenlaw.com
1717 W. Sixth Street, Suite 370
Austin, TX 78703

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
(CASE NO. 2:24-cv-00039-RAJ) - 3

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Telephone: (855) 344-3298

CUKER LAW FIRM

Mark R. Cuker *(Pro Hac Vice Pending)*
Email: mark@cukerlaw.com
575 Pinetown Rd
P.O. Box 1151
Ft. Washington, PA 19034
Telephone: (215) 531-8522

BERGER MONTAGUE PC

Joshua P. Davis, *Admitted Pro Hac Vice*
Email: jdavis@bm.net
Julie A. Pollock, *Admitted Pro Hac Vice*
Email: jpollock@bm.net
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684

ROBERTS LAW FIRM US, PC

Michael L. Roberts, *Admitted Pro Hac Vice*
Email: mikeroberts@robertslawfirm.us
Erich P. Schork, *Admitted Pro Hac Vice*
Email: erichschork@robertslawfirm.us
Dr. Kelly A. Rinehart, *Admitted Pro Hac Vice*
Email: kellyrinehart@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 821-5575

HAUSFELD LLP

Gary I. Smith, Jr., *Admitted Pro Hac Vice*
Email: gsmith@hausfeld.com
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908

Timothy S. Kearns (*Pro Hac Vice Forthcoming*)
Email: tkearns@hausfeld.com
888 16th Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7227

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
(CASE NO. 2:24-cv-00039-RAJ) - 4

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

GRABAR LAW OFFICE

Joshua H. Grabar (*Pro Hac Vice Forthcoming*)
Email: jgrabar@grabarlaw.com
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085

*Attorneys for Plaintiffs and Proposed Class*

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
(CASE NO. 2:24-cv-00039-RAJ) - 5

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com