THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSTERHAUS PHARMACY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXPRESS SCRIPTS, INC., <br><br> Defendant. | CASE NO. 2:24-cv-00039-RAJ <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND THE SUBSTANTIAL COMPLETION DEADLINE FOR PRODUCTION OF DATA** <br><br> <u>**NOTED FOR CONSIDERATION**</u>: <br> SEPTEMBER 12, 2025 |

Plaintiffs Osterhaus Pharmacy, Inc., Cammack's Pharmacies Inc., d/b/a Jim's Pharmacy and Home Health, Harbor Drug Co., Inc., Valu Drugs Inc., Smith's Pharmacy II., Inc. d/b/a Smith's Pharmacy, Redner's Markets, Inc., and Old Baltimore Pike Apothecary, Inc., t/a Southern Chester County Pharmacy ("Plaintiffs"), and Defendant Express Scripts, Inc., ("Express Scripts" or "Defendant") (Plaintiffs and Defendant are collectively referred to as the "Parties"), by their counsel, submit this Stipulated Motion to Modify the Scheduling Order to Extend the Substantial Completion Deadline for the Production of Data pursuant to Fed. R. Civ. P. 6(b) and Local Rules 7(j) and 10(g).

The Court may extend discovery deadlines upon a showing of good cause by the moving parties. *See*, *e.g. Weyerhaeuser Co. v. Accurate Recycling Corp.*, 244 F.R.D. 648, 649 (W.D. Wash. 2007) (extending discovery deadlines for good cause). Good cause exists to extend the discovery deadline for substantial completion of the production of data in this case.

1    The Parties have been engaged in discussions on a protective order and ESI protocol, which the Court entered on September 4, 2025. *See* ECF Nos. 100–01. The Parties have also propounded substantial written discovery on one another, including multiple data requests, and are in the process of negotiating the scope of their respective document and data productions. The Parties have met and conferred multiple times on their written objections and have been discussing appropriate document and data search and production parameters (e.g., data sources, data fields, and ESI search terms and custodians).

The Parties agree that it will not be possible to complete their discovery conferences and make data productions on or before the operative September 18, 2025 deadline for substantial completion of the production of data in the Scheduling Order. *See* ECF No. 93.

As such, the Parties stipulate to and respectfully request that the Court extend the September 18, 2025 deadline for substantial completion of data production to December 12, 2025, which is the same deadline that applies to substantial completion of document production. The Parties stipulate that the other deadlines in the Scheduling Order should remain the same.

The foregoing is hereby stipulated by and between all counsel as of this 12th day of September 2025.

| TERRELL MARSHALL LAW GROUP PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Blythe H. Chandler*<br>Beth E. Terrell, WSBA No. 26759<br>Email: bterrell@terrellmarshall.com<br>Blythe H. Chandler, WSBA No. 43387<br>Email: bchandler@terrellmarshall.com<br>Amanda M. Steiner, WSBA No. 29147<br>Email: asteiner@terrellmarshall.com<br>936 North 34th St., Ste. 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br><br>Joseph M. Vanek, *Admitted Pro Hac Vice*<br>Email: jvanek@sperlingkenny.com<br>Paul E. Slater, *Admitted Pro Hac Vice* | By: */s/ Alicia Cobb*<br>Alicia Cobb, WSBA No. 48685<br>Email: aliciacobb@quinnemanuel.com<br>1109 First Avenue, Suite 210<br>Seattle, WA 98101<br>Telephone: (206) 905 7000<br><br>Michael Lyle, *Admitted Pro Hac Vice*<br>Email: mikelyle@quinnemanuel.com<br>Jonathan G. Cooper, *Admitted Pro Hac Vice*<br>Email: jonathancooper@quinnemanuel.com<br>Michael D. Bonanno, *Admitted Pro Hac Vice*<br>Email: mikebonanno@quinnemanuel.com<br>Ryan T. Andrews, *Admitted Pro Hac Vice* |

| | |
|---|---|
| Email: pes@sperlingkenny.com<br>Phil Cramer, *Admitted Pro Hac Vice*<br>Email: pcramer@sperlingkenny.com<br>Trevor K. Scheetz, *Admitted Pro Hac Vice*<br>Email: tscheetz@sperlingkenny.com<br>Kathryn M. DeLong, *Admitted Pro Hac Vice*<br>Email: kdelong@sperlingkenny.com<br>SPERLING KENNY NACHWALTER, LLC<br>321 N. Clark Street, Suite 2500<br>Chicago, IL 60654<br>Telephone: (312) 641-3200 | Email: ryanandrews@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington, District of Columbia 20005<br>Telephone: (202) 538-8000<br><br>*Attorneys for Defendant* |

Steve D. Shadowen, *Admitted Pro Hac Vice*
Email: steve@hilliardshadowenlaw.com
Nicholas W. Shadowen, *Admitted Pro Hac Vice*
Email: nshadowen@hilliardshadowenlaw.com
Kathryn Allen, *Admitted Pro Hac Vice*
Email: kallen@hilliardshadowenlaw.com
HILLIARD SHADOWEN LLP
1717 W. Sixth Street, Suite 370
Austin, TX 78703
Telephone: (855) 344-3298

Mark R. Cuker, *Admitted Pro Hac Vice*
Email: mark@cukerlaw.com
CUKER LAW FIRM
575 Pinetown Rd
PO Box 1151
Ft Washington, PA 19034
Telephone: (215) 531-8522

Joshua P. Davis, *Admitted Pro Hac Vice*
Email: jdavis@bm.net
Julie A. Pollock, *Admitted Pro Hac Vice*
Email: jpollock@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Ste. 625
San Francisco, CA 94111
Telephone (415) 906-0684

Michael L. Roberts, *Admitted Pro Hac Vice*
Email: mikeroberts@robertslawfirm.us
Erich P. Schork, *Admitted Pro Hac Vice*
Email: erichschork@robertslawfirm.us

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER TO EXTEND SUBSTANTIAL COMPLETION DEADLINE FOR PRODUCTION OF DATA
PAGE - 3
(Case No. 2:24-CV-00039-RAJ)

Kelly Rinehart, *Admitted Pro Hac Vice*
Email: kellyrinehart@robertslawfirm.us
ROBERTS LAW FIRM US, PC
1920 McKinney Ave., Ste. 700
Dallas, TX 75204
Telephone: (501) 821-5575

Gary I. Smith, Jr., *Admitted Pro Hac Vice*
Email: gsmith@hausfeld.com
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94101
Telephone: (415) 633-1908

Timothy S. Kearns, *Admitted Pro Hac Vice*
Email: tkearns@hausfeld.com
HAUSFELD LLP
1200 17th Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 540-7200

Joshua H. Grabar, *Admitted Pro Hac Vice*
Email: jgrabar@grabarlaw.com
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085

Jeffrey J. Corrigan, *Admitted Pro Hac Vice*
Email: jcorrigan@srkattorneys.com
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

Garrett D. Blanchfield, *Admitted Pro Hac Vice*
Email: g.blanchfield@rwblawfirm.com
REINHARDT WENDORF &
BLANCHFIELD
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
Telephone: (651) 287-2100

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER TO EXTEND SUBSTANTIAL COMPLETION DEADLINE FOR PRODUCTION OF DATA
PAGE - 4
(Case No. 2:24-CV-00039-RAJ)

**[PROPOSED] ORDER**

Based on the Parties' stipulation and for good cause, IT IS HEREBY ORDERED that the Parties' deadline for substantial completion of the production of data shall be December 12, 2025. All other deadlines in the operative Scheduling Order shall remain the same.

DATED this _____ day of _____, 2025.

                                                                              THE HONORABLE RICHARD A. JONES