UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSTERHAUS PHARMACY INC., *et al.*,

Plaintiffs,

v.

EXPRESS SCRIPTS INC.,

Defendant.

Case No. C24-39-RAJ-MLP

ORDER GRANTING MOTION TO SEAL

This matter is before the Court on Defendant Express Scripts Inc.'s unopposed Motion to Seal. (Dkt. # 116.) Defendant seeks to maintain under seal portions of its Opposition to Plaintiffs' Motion to Compel Structured Data from Express Scripts (dkt. # 117), as well as portions of the accompanying declarations of Thomas Healy (dkt. # 118) and Vincent Cornacchia (dkt. # 119).

Under the Local Civil Rules, a party moving to seal confidential information must demonstrate: (1) "the legitimate private or public interests that warrant the relief sought;" (2) "the injury that will result if the relief sought is not granted;" and (3) "why a less restrictive alternative to the relief sought is not sufficient." W.D. Wash. LCR 5(g)(3)(B). A showing of "good cause" under Federal Rule of Civil Procedure 26(c) is sufficient to maintain under seal

ORDER GRANTING MOTION TO SEAL - 1

records attached to non-dispositive motions. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

Defendant argues there is good cause to seal documents that disclose the volume of pharmacy transactions processed under the At-Issue Agreements and separately processed for its own clients. Defendant represents that this is internal, confidential business information that it does not publicly disclose in the ordinary course of business. (Dkt. # 116 at 4-5.)

Having reviewed the materials, the Court finds good cause to maintain the identified information under seal. Defendant's Motion to Seal (dkt. # 116) is therefore GRANTED. The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this <u>3rd</u> day of February, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION TO SEAL - 2