UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSTERHAUS PHARMACY INC., *et al.*,

              Plaintiffs,

    v.

EXPRESS SCRIPTS INC., *et al.*,

              Defendants.

Case No. C24-39-RAJ-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The Court has set for oral argument Plaintiffs' Motion to Compel Structured Data from Express Scripts, Inc. (dkt. # 108) and Plaintiffs' Motion to Compel Use of Plaintiffs' Proposed Search Terms for Electronically Stored Information (dkt. # 126) on Thursday, February 26, 2026, at 1:30 p.m. in Courtroom 12A (*see* dkt. # 133). In addition, the Court will hear oral argument at that time on Plaintiffs' Motion to Voluntarily Dismiss Plaintiff Smith's Pharmacy II, Inc. (dkt. # 129).

//

//

MINUTE ORDER - 1

Dated this 18th day of February, 2026.

Joshua C. Lewis
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2