THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

OSTERHAUS PHARMACY, INC.,
CAMMACK'S PHARMACIES INC., DBA
JIM'S PHARMACY AND HOME HEALTH,
HARBOR DRUG CO., INC., VALU DRUGS
INC., SMITH'S PHARMACY II, INC., DBA
SMITH'S PHARMACY, REDNER'S
MARKETS, INC., and OLD BALTIMORE
PIKE APOTHECARY, INC., T/A
SOUTHERN CHESTER COUNTY
PHARMACY, on behalf of themselves and all
others similarly situated,

Plaintiffs,

v.

EXPRESS SCRIPTS, INC.,

Defendant.

NO. 2:24-CV-00039-RAJ-MLP

**STIPULATED MOTION AND
[PROPOSED] ORDER TO MODIFY
THE SCHEDULING ORDER TO
EXTEND CASE SCHEDULING
DEADLINES**

**NOTED FOR CONSIDERATION:**
MARCH 4, 2026

Plaintiffs Osterhaus Pharmacy, Inc., Cammack's Pharmacies Inc., d/b/a Jim's Pharmacy and Home Health, Harbor Drug Co., Inc., Valu Drugs Inc., Smith's Pharmacy II., Inc. d/b/a Smith's Pharmacy, Redner's Markets, Inc., and Old Baltimore Pike Apothecary, Inc., t/a Southern Chester County Pharmacy ("Plaintiffs"); and Defendant Express Scripts, Inc., ("Express Scripts" or "Defendant") (collectively, the "Parties"), by their counsel, submit this Stipulated Motion to Modify the Scheduling Order (ECF No. 93), pursuant to Fed. R. Civ. P. 6(b) and Local Civ. R. 7(j) & 10(g).

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND
CASE SCHEDULING DEADLINES - PAGE - 1
CASE NO. 2:24-cv-00039-RAJ-MLP

The Court may extend discovery deadlines upon a showing of good cause by the moving parties. *See, e.g.*, *Weyerhaeuser Co. v. Accurate Recycling Corp.*, 244 F.R.D. 648, 649 (W.D. Wash. 2007) (extending discovery deadlines for good cause). Good cause exists to extend all remaining case scheduling deadlines in this case.

The Parties are actively engaged in document discovery and third-party discovery. The Parties continued to negotiate over document productions following Plaintiffs' Motion to Compel Use of Plaintiffs' Proposed Search Terms for Electronically Stored Information (ECF No. 126) and Plaintiffs' Motion to Compel Structured Data (ECF No. 108). The Parties reached a compromise to avoid the need for Court intervention, and Plaintiffs withdrew the motions under Local Civ. R. 7(l) (ECF No. 142). As part of that compromise, the Parties agreed that Defendant would complete its production of additional documents by June 26, 2026, approximately five weeks before the currently ordered close of fact discovery. To ensure the Parties can efficiently conduct deposition discovery on a full documentary record, the Parties agree that it will not be possible to complete discovery and meet subsequent Court deadlines as currently scheduled.

Accordingly, the Parties stipulate to and respectfully request that the Court extend all remaining deadlines in the Case Scheduling Order (ECF No. 93) by 90 days, as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Fact discovery deadline | August 6, 2026 | November 4, 2026 |
| Deadline for Parties to serve expert reports on all issues on which they have the burden of proof (class and merits) | September 17, 2026 | December 16, 2026 |
| Deadline for opposition expert reports | October 29, 2026 | January 27, 2027 |
| Deadline for reply/rebuttal expert reports | December 3, 2026 | March 3, 2027 |
| Deadline to complete expert depositions | January 7, 2027 | April 7, 2027 |
| Deadline to file class certification and *Daubert* motions | January 21, 2027 | April 21, 2027 |

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND
CASE SCHEDULING DEADLINES - PAGE - 2
CASE NO. 2:24-cv-00039-RAJ-MLP

| Deadline to file opposition to class certification and *Daubert* motions | February 18, 2027 | May 19, 2027 |
|---|---|---|
| Deadline to file replies in support of *Daubert* motions and class certification | March 11, 2027 | June 9, 2027 |

The foregoing is hereby stipulated by and between all counsel as of this 4th day of March, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Blythe H. Chandler, WSBA #43387
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Amanda M. Steiner, WSBA #29147
Email: asteiner@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
936 N. 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

Joseph M. Vanek, *Admitted Pro Hac Vice*
Email: jvanek@sperlingkenny.com
Paul E. Slater, *Admitted Pro Hac Vice*
Email: pes@sperlingkenny.com
Phil Cramer, *Admitted Pro Hac Vice*
Email: pcramer@sperlingkenny.com
Trevor K. Scheetz, *Admitted Pro Hac Vice*
Email: tscheetz@sperlingkenny.com
Kathryn M. DeLong, *Admitted Pro Hac Vice*
Email: kdelong@sperlingkenny.com
SPERLING KENNY NACHWALTER, LLC
55 W. Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200

Kathryn B. Allen, *Admitted Pro Hac Vice*
Email:  kallen@sperlingkenny.com
9600 Great Hills Trail, Suite 150W
Austin, Texas 78759
Tel: (512) 587-7732

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP

By: /s/ Matthew S. Hosen, WSBA #54855
Alicia Cobb, WSBA #48685
Email: aliciacobb@quinnemanuel.com
Matthew S. Hosen, WSBA # 54855
Email: matthosen@quinnemanuel.com
1109 First Avenue, Suite 210
Seattle, Washington 98101
Telephone: (206) 905 7000

Michael Lyle, *Admitted Pro Hac Vice*
Email: mikelyle@quinnemanuel.com
Jonathan G. Cooper, *Admitted Pro Hac Vice*
Email: jonathancooper@quinnemanuel.com
Michael D. Bonanno, *Admitted Pro Hac Vice*
Email: mikebonanno@quinnemanuel.com
Ryan T. Andrews, *Admitted Pro Hac Vice*
Email: ryanandrews@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 538-8000

*Attorneys for Express Scripts, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND CASE SCHEDULING DEADLINES - PAGE - 3
CASE NO. 2:24-cv-00039-RAJ-MLP

Steve D. Shadowen, *Admitted Pro Hac Vice*
Email: steve@hilliardshadowenlaw.com
Nicholas W. Shadowen, *Admitted Pro Hac Vice*
Email: nshadowen@hilliardshadowenlaw.com
HILLIARD SHADOWEN LLP
1717 W. Sixth Street, Suite 370
Austin, Texas 78703
Telephone: (855) 344-3298

Mark R. Cuker, *Admitted Pro Hac Vice*
Email: mark@cukerlaw.com
CUKER LAW FIRM
575 Pinetown Rd
P.O. Box 1151
Ft. Washington, Pennsylvania 19034
Telephone: (215) 531-8522

Joshua P. Davis, *Admitted Pro Hac Vice*
Email: jdavis@bm.net
Julie A. Pollock, *Admitted Pro Hac Vice*
Email: jpollock@bm.net
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone (415) 906-0684

Jordan T. Hollinger, *Admitted Pro Hac Vice*
Email: thollinger@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3009

Michael L. Roberts, *Admitted Pro Hac Vice*
Email: mikeroberts@robertslawfirm.us
Erich P. Schork, *Admitted Pro Hac Vice*
Email: erichschork@robertslawfirm.us
Kelly Rinehart, *Admitted Pro Hac Vice*
Email: kellyrinehart@robertslawfirm.us
ROBERTS LAW FIRM US, PC
1920 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: (501) 821-5575

Karen Sharp Halbert, *Admitted Pro Hac Vice*
Email: karenhalbert@robertslawfirm.us
Sarah E. DeLoach, *Admitted Pro Hac Vice*
Email: sarahdeloach@robertslawfirm.us
Stephanie Smith, *Admitted Pro Hac Vice*
Email: stephaniesmith@robertslawfirm.us
Christopher B. Sanchez, *Admitted Pro Hac Vice*
Email: chrissanchez@robertslawfirm.us
ROBERTS LAW FIRM US, PC
6834 Cantrell Road, Suite 1131
Little Rock, Arkansas 72207
Telephone: (501) 821-5575

Gary I. Smith, Jr., *Admitted Pro Hac Vice*
Email: gsmith@hausfeld.com
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, California 94104
Telephone (415) 633-1908

Timothy S. Kearns, *Admitted Pro Hac Vice*
Email: tkearns@hausfeld.com
HAUSFELD LLP
1200 17th NW, Suite 600
Washington, DC 20036
Telephone (202) 540-7227

Gisela Rosa, *Admitted Pro Hac Vice*
Email: zrosa@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, New York 10004
Telephone (646) 357-1100

Joshua H. Grabar, *Admitted Pro Hac Vice*
Email: jgrabar@grabarlaw.com
One Liberty Place
GRABAR LAW OFFICE
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (267) 507-6085

Jeffrey J. Corrigan, *Admitted Pro Hac Vice*
Email: jcorrigan@srkattorneys.com
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone: (215) 496-0300

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND CASE SCHEDULING DEADLINES - PAGE - 5
CASE NO. 2:24-cv-00039-RAJ-MLP

Garrett D. Blanchfield, *Admitted Pro Hac Vice*
Email: g.blanchfield@rwblawfirm.com
REINHARDT WENDORF & BLANCHFIELD
222 South 9th Street, Suite 1600
Minneapolis, Minnesota 55402
Telephone: (651) 287-2100

*Attorneys for Plaintiffs and Proposed Class*

# [PROPOSED] ORDER

Based on the Parties' stipulation and for good cause, IT IS HEREBY ORDERED that all remaining deadlines in the operative Scheduling Order shall be extended by 90 days as follows:

| EVENT | DATE |
|---|---|
| Fact discovery deadline | November 4, 2026 |
| Deadline for Parties to serve expert reports on all issues on which they have the burden of proof (class and merits) | December 16, 2026 |
| Deadline for opposition expert reports | January 27, 2027 |
| Deadline for reply/rebuttal expert reports | March 3, 2027 |
| Deadline to complete expert depositions | April 7, 2027 |
| Deadline to file class certification and *Daubert* motions | April 21, 2027 |
| Deadline to file opposition to class certification and *Daubert* motions | May 19, 2027 |
| Deadline to file replies in support of *Daubert* motions and class certification | June 9, 2027 |

IT IS SO ORDERED.

Dated this 4th day of March, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge